# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156067(41)

CARRIE S. FLANAGIN,
       Plaintiff-Appellee,

v

KALKASKA COUNTY ROAD COMMISSION,
       Defendant-Appellant,
and

ANDREW HENRY SCHLAGEL,
       Defendant.
_____/

SC: 156067
COA: 330887
Kalkaska CC: 14-011619-NI

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer submitted on August 16, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      August 18, 2017           

                                          Clerk